**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOUIS E. RIVELLI,<br><br>        Plaintiff,<br><br>   v.<br><br>CHROMA MEDICAL, INC.,<br><br>        Defendant<br>_____/ | No. C 06-80316 MISC MMC<br><br>**ORDER REFERRING TO MAGISTRATE JUDGE PLAINTIFF'S APPLICATION FOR APPEARANCE AND EXAMINATION** |

Pursuant to Civil Local Rule 72-1, plaintiff's "Application and [Proposed] Order for Appearance and Examination," filed November 12, 2008, is hereby REFERRED to a Magistrate Judge to be heard and considered at the convenience of the assigned Magistrate Judge's calendar.

Counsel will be advised of the date, time and place of the next appearance, if any, by notice from the assigned Magistrate Judge's chambers.

**IT IS SO ORDERED.**

Dated:  November 17, 2008

_____
MAXINE M. CHESNEY
United States District Judge